[Civ. No. 10477.   First Appellate District, Division One.—June 8, 1938.]

EUGENIO GERINI et al., Appellants, v. PACIFIC EM-
PLOYERS INSURANCE COMPANY (a Corporation)
et al., Respondents.

Fletcher A. Cutler for Appellants.

Carl A. Onkka for Respondents.

GRAY, J., *pro tem.*— This is a companion appeal to
the one taken in *Gerini* v. *Pacific Employers Insurance Co.
et al.,* No. 10478, wherein an opinion has this day been filed
(*ante,* p. 52 [80 Pac. (2d) 499]), affirming the judgment.
All questions raised in the present appeal are considered and
disposed of in that opinion.   Therefore, upon the grounds
and for the reasons stated therein, the judgment herein in
favor of the defendant Andriano Ramazzotti is likewise
affirmed.

Knight, Acting P. J., and Cashin, J., concurred.

A petition by appellants to have the cause heard in the
Supreme Court, after judgment in the District Court of Ap-
peal, was denied by the Supreme Court on August 4, 1938.